

**Stradley Ronon Stevens & Young, LLP**

A Pennsylvania Limited Liability Partnership

LibertyView

457 Haddonfield Road, Suite 100

Cherry Hill, NJ  08002-2223

Telephone  856.321.2400

Fax  856.321.2415

www.stradley.com

Francis X. Manning
fmanning@stradley.com
856.321.2403

December 13, 2023

**Via ECF**
Hon. Jose R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

        **Re:**    **Doe v. United Healthcare, et al., No. 2:23-cv-04159-BRM-JRA**

Dear Magistrate Judge Almonte:

    We were just retained to represent Defendants denominated as United Healthcare and Oxford Health Insurance, Inc. and so request an extension of time to January 31, 2024, for Defendants to file an Answer to the Complaint.  This is the first such extension request, and Ryan Milun, counsel for Plaintiff, has consented to it.

    If acceptable to Your Honor, please sign below and have this letter filed on the docket.

        Respectfully,

        /s/ *Francis X. Manning*
        Francis X. Manning

cc: All Counsel of Record via ECF

**SO ORDERED:**

_____
Hon. Jose R. Almonte, U.S.M.J.

6436478v.1