

**Stradley Ronon Stevens & Young, LLP**

A Pennsylvania Limited Liability Partnership

LibertyView

457 Haddonfield Road, Suite 100

Cherry Hill, NJ  08002-2223

Telephone  856.321.2400

Fax  856.321.2415

www.stradley.com

Francis X. Manning
fmanning@stradley.com
856.321.2403

January 23, 2024

**Via ECF**
Hon. Jose R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

> Re: **Doe v. United Healthcare, et al., No. 2:23-cv-04159-BRM-JRA**

Dear Magistrate Judge Almonte:

Defendants denominated as United Healthcare and Oxford Health Insurance, Inc. request an additional extension of time, from January 31 to February 23, 2024, to file an Answer to the Complaint.  Ryan Milun, Plaintiff's counsel, has advised that he is speaking with the provider, who was paid for the same equipment three times (twice by Defendants and once by Plaintiff).  The provider (not a party to this case) told Mr. Milun it needs time to conduct research to determine if it was overpaid.

This is the second such extension request.  Mr. Milun has consented to it.

If acceptable to Your Honor, please sign below and have this letter filed on the docket.

> Respectfully,
>
> /s/ *Francis X. Manning*
> Francis X. Manning

cc: All Counsel of Record via ECF
**SO ORDERED:**

_____
Hon. Jose R. Almonte, U.S.M.J.

6488661v.1