Ryan Milun (Bar No. 043412006)
**THE MILUN LAW FIRM, LLC**
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016
Phone: 862-702-5010 ext. 1001
ryan.milun@milunlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE, | CIVIL ACTION NO.: 2:23-cv-04159-JKS-JRA |
| Plaintiff, | |
| vs. | |
| UNITED HEALTHCARE; OXFORD HEALTH INSURANCE, INC., | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | |

PLEASE TAKE NOTICE THAT under Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Jane Doe, hereby voluntarily dismisses the above action against defendants United Healthcare and Oxford Heath Insurance, Inc. **without** prejudice.

THE MILUN LAW FIRM, LLC

Dated: February 22, 2024          By: _____
                                        Ryan Milun

Stipulation of Dismissal Without Prejudice